UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Zaki Malik Saleem,                                    Civ. No. 25-319 (PAM/DJF)

                Petitioner,

v.                                                                        **ORDER**

Lisa Stenseth, Warden,

                Respondent.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Dulce J. Foster dated May 14, 2026.  The R&R recommends that Petitioner Zaki Malik Saleem's Petition for habeas-corpus relief be denied and no certificate of appealability be issued.  Petitioner did not file any objections to the R&R, and the time to do so has passed.  D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error).  The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.  The R&R (Docket No. 21) is **ADOPTED**;

2.  The Petition (Docket No. 1) is **DENIED**;

3.  This action is **DISMISSED without prejudice**; and

4.     No Certificate of Appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 11, 2026                         s/ Paul A. Magnuson
                                              Paul A. Magnuson
                                              United States District Court Judge